UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                            )<br>    Plaintiff,                     )<br>                                            )<br>    v.                                )<br>                                            )<br>APPROXIMATELY 523,507 BARRELS OF  )<br>STRAIGHT RUN FUEL OIL FORMERLY   )<br>ABOARD THE CRUDE OIL TANKER       )<br>ABYSS WITH INTERNATIONAL            )<br>MARITIME NUMBER 9157765,             )<br>                                            )<br>    Defendant.                    ) | Civil Action No. 23-2065 (ABJ) |

## ORDER

Upon consideration of the Government's Motion to Unseal, it is:

**ORDERED** that the Verified Complaint, the instant Motion, this Order, other pleadings, files, and records be unsealed at 10:30 AM on February 2, 2024, and the Clerk of Court is directed to enter those materials on the public docket at that time.

**SO ORDERED** this  1st  day of February, 2024.

_____
AMY BERMAN JACKSON
United States District Judge