UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>APPROXIMATELY 523,507 BARRELS OF STRAIGHT RUN FUEL OIL FORMERLY ABOARD THE CRUDE OIL TANKER ABYSS WITH INTERNATIONAL MARITIME NUMBER 9157765,<br><br>      Defendant. | Civil Action No. 23-2065 (ABJ) |

**REQUEST FOR ENTRY OF DEFAULT BY CLERK**

By and through its undersigned counsel, the United States of America respectfully requests the Clerk of the Court enter default pursuant to Federal Rule of Civil Procedure 55 against all persons or entities claiming an interest in the Defendant Property for failure to file a timely claim, answer, or otherwise defend this action after notice was provided pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A declaration in support is attached hereto.

\* \* \*

Dated: December 2, 2024
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

By: _____*/s/ Brian P. Hudak*_____
BRIAN P. HUDAK
Chief, Civil Division
601 D Street, NW
Washington, DC 20530
(202) 252-2549

MAEGHAN MIKORSKI
RAJBIR DATTA
ERIKA KIRSTIE OBLEA
RICK E. BLAYLOCK, JR.
Assistant United States Attorneys

*Attorneys for the United States of America*