UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY 523,507 BARRELS OF STRAIGHT RUN FUEL OIL FORMERLY ABOARD THE CRUDE OIL TANKER ABYSS WITH INTERNATIONAL MARITIME NUMBER 9157765,<br><br>　　　　Defendant. | Civil Action No. 23-2065 (ABJ) |

**STATUS REPORT**

　　By and through its undersigned counsel, the United States of America respectfully provides this status report in response to the Court's Minute Order of November 25, 2024. This same date the United States has moved for default judgment in this action after the Clerk's entry of default on December 3, 2024. A favorable resolution of the Government's motion will conclude this action, at which time this case can be closed.

\* \* \*

Dated: December 9, 2024
      Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

By:      */s/ Brian P. Hudak*
    BRIAN P. HUDAK
    Chief, Civil Division
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2549

MAEGHAN MIKORSKI
RAJBIR DATTA
ERIKA KIRSTIE OBLEA
RICK E. BLAYLOCK, JR.
Assistant United States Attorneys

*Attorneys for the United States of America*