UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY 523,507 BARRELS OF STRAIGHT RUN FUEL OIL FORMERLY ABOARD THE CRUDE OIL TANKER ABYSS WITH INTERNATIONAL MARITIME NUMBER 9157765,<br><br>　　　　　Defendant. | Civil Action No. 23-2065 (ABJ) |

## ORDER

UPON CONSIDERATION of the United States' motion for default judgment, and the entire record herein, it is hereby

ORDERED that the United States' motion is GRANTED; and it is further

ORDERED, ADJUDGED AND DECREED that

1.　Default judgment is hereby entered against all persons or entities claiming an interest in the Defendant Property (i.e., the substitute res).

2.　The Defendant Property (i.e., the substitute res) shall be forfeited to the United States of America and no right, title, or interest in the following property shall exist in any other entity or person.

3.　Title to the Defendant Property (i.e., the substitute res) is vested solely in the United States.

4.　The Defendant Property (i.e., the substitute res) shall be disposed of according to law.

- 2 -

     5.     This is a final order.

SO ORDERED:

December 31, 2024
Dated

*Amy B. Jackson*
AMY BERMAN JACKSON
United States District Judge